**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **MICHAEL CHERRY,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. |
| | ) | |
| v. | ) | Judge |
| | ) | |
| **P.O. MARQUIS LANDON #1625,** | ) | Magistrate Judge |
| **and P.O. T. ROBINSON #16146,** | ) | |
| **individually, and the CITY OF** | ) | Jury Demand |
| **CHICAGO,** | ) | |
| | ) | |
| Defendants. | ) | |

**COMPLAINT**

Now comes, the Plaintiff, MICHAEL CHERRY, by and through his attorneys, Gregory E. Kulis and Associates, Ltd., complaining against the Defendants, P.O. MARQUIS LANDON #1625 and P.O. T. ROBINSON #16146, individually and the CITY OF CHICAGO as follows.

**COUNT I-EXCESSIVE FORCE**

This action is brought pursuant to the Laws of the United States Constitution, specifically, 42 U.S.C. §1983 and §1988, and the laws of the State of Illinois, to redress deprivations of the Civil Rights of the Plaintiff, and accomplished by acts and/or omissions of the Defendants committed under color of law.

1. Jurisdiction is based on Title 28 U.S.C. §1343 and §1331 and supplemental Jurisdiction of the State of Illinois.

2. The Plaintiff, MICHAEL CHERRY, is a United States citizen and permanent resident of the State of Illinois.

3. The Defendants, P.O. MARQUIS LANDON #1625 and P.O. T. ROBINSON #16146, were at all relevant times, duly appointed police officers of the City of Chicago and at all relevant

times, were acting within their scope of employment and under color of law.

4. On July 13, 2009, the Plaintiff, MICHAEL CHERRY, was walking in his alley in the vicinity of Laramie in Chicago, Illinois.

5. The Defendants, P.O. MARQUIS LANDON #1625 and P.O. T. ROBINSON #16146, pulled the Plaintiff's roommate over for an alleged traffic violation.

6. The Plaintiff, MICHAEL CHERRY, was in the alley to respond to his rommate's cries for help.

7. The Plaintiff, MICHAEL CHERRY, was not committing any crime or breaking any laws.

8. The Defendants, P.O. MARQUIS LANDON #1625 and P.O. T. ROBINSON #16146, jumped on the Plaintiff, handcuffed him and threw him against the squad car.

9. The Plaintiff, MICHAEL CHERRY, was injured.

10. Said use of force was unprovoked, excessive and unreasonable.

11. Said actions of the Defendants, P.O. MARQUIS LANDON #1625 and P.O. T. ROBINSON #16146, were intentional, willful and wanton.

12. Said actions of the Defendants, P.O. MARQUIS LANDON #1625 and P.O. T. ROBINSON #16146, violated the Plaintiff, MICHAEL CHERRY'S, Fourth and Fourteenth Amendment Rights of the United States Constitution and were in violation of said rights as protected by 42 U.S.C. §1983.

13. As a direct and proximate consequence of said conduct of the Defendants, P.O. MARQUIS LANDON #1625 and P.O. T. ROBINSON #16146, the Plaintiff, MICHAEL CHERRY, suffered violations of his constitutional rights, emotional anxiety, fear, pain and suffering and monetary loss and expense.

WHEREFORE, the Plaintiff, MICHAEL CHERRY, prays for judgment against the Defendants, P.O. MARQUIS LANDON #1625 and P.O. T. ROBINSON #16146,, jointly and severally, in an amount in excess of Twenty-Five Thousand Dollars ($25,000.00) in compensatory damages and Ten Thousand Dollars ($10,000.00) in punitive damages, plus attorneys' fees and costs.

## COUNT II-FALSE ARREST

1-10. The Plaintiff, MICHAEL CHERRY, hereby realleges and incorporates his allegations of paragraphs 1-10 of Count I as his respective allegations of paragraphs 1-10 of Count II as though fully set forth herein.

11. The Plaintiff, MICHAEL CHERRY, was arrested to cover up the Defendants', P.O. MARQUIS LANDON #1625 and P.O. T. ROBINSON #16146, illegal acts.

12. The Plaintiff, MICHAEL CHERRY, was not committing a crime.

13. The Plaintiff, MICHAEL CHERRY, was arrested and charged.

14. These charges were false.

15. The Defendants, P.O. MARQUIS LANDON #1625 and P.O. T. ROBINSON #16146, did not see the Plaintiff, MICHAEL CHERRY, committing any crime.

16. The Defendants, P.O. MARQUIS LANDON #1625 and P.O. T. ROBINSON #16146, did not have probable cause to arrest the Plaintiff, MICHAEL CHERRY.

17. Said actions of the Defendants, P.O. MARQUIS LANDON #1625 and P.O. T. ROBINSON #16146, were intentional, willful and wanton.

18. Said actions of the Defendants, P.O. MARQUIS LANDON #1625 and P.O. T. ROBINSON #16146, violated the Plaintiff, MICHAEL CHERRY'S, Fourth and Fourteenth Amendment Rights of the United States Constitution and were in violation of said rights as protected by 42 U.S.C. §1983.

19. As a direct and proximate consequence of said conduct of the Defendants, P.O. MARQUIS LANDON #1625 and P.O. T. ROBINSON #16146, the Plaintiff, MICHAEL CHERRY, suffered violations of his constitutional rights, emotional anxiety, fear, pain and suffering and monetary loss and expense.

WHEREFORE, the Plaintiff, MICHAEL CHERRY, prays for judgment against the Defendants, P.O. MARQUIS LANDON #1625 and P.O. T. ROBINSON #16146, jointly and severally, in an amount in excess of Twenty-Five Thousand Dollars ($25,000.00) in compensatory damages and Ten Thousand Dollars ($10,000.00) in punitive damages, plus attorneys' fees and costs.

## COUNT III- INDEMNIFICATION/CITY OF CHICAGO

1-10. The Plaintiff, MICHAEL CHERRY, hereby realleges and incorporates his allegations of paragraphs 1-10 of Count I as his respective allegations of paragraphs 1-10 of Count III as though fully set forth herein.

10. Illinois law provides that public entities are directed to pay any tort judgment for compensatory damages for which employees are liable within the scope of their employment activities.

11. Defendants P.O. MARQUIS LANDON #1625 and P.O. T. ROBINSON #16146 are employees of the City of Chicago Police Department who acted within the scope of their employment in committing the misconduct described herein.

WHEREFORE, should Defendants P.O. MARQUIS LANDON #1625 and P.O. T. ROBINSON #16146, be found liable for the acts alleged above, Defendant City of Chicago would be liable to pay the Plaintiff any judgment obtained against said Defendants.

## JURY DEMAND

The Plaintiff, MICHAEL CHERRY, requests a trial by jury.

>Respectfully submitted,
>
>/s/ Gregory E. Kulis_____
>Gregory E. Kulis and Associates, Ltd.

Gregory E. Kulis and Associates, Ltd.
30 North LaSalle Street, Suite 2140
Chicago, Illinois 60602
(312) 580-1830